RECEIVED

MAR 2 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| ATANACIO GUERRERO, JR. <br> LA. DOC #577573 <br> VS. <br><br> WARDEN TIM KEITH | CIVIL ACTION NO. 6:14-cv-2453 <br><br> SECTION P <br><br> JUDGE REBECCA F. DOHERTY <br><br> MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the District Courts.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 23 day of March, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE